NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Robert J. Herrington (SBN 234417);
Robert S. Freund (SBN 287566)
GREENBERG TRAURIG, LLP
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067
TEL: 310.586.7700; FAX: 310.586.7800;
e-mail herringtonr@gtlaw.com; freundr@gtlaw.com

ATTORNEY(S) FOR: WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BUY INSTA SLIM, INC., a California Corporation

Plaintiff(s),

v.

FAITH BUSINESS MANAGEMENT COMPANY, INC., a Corporation doing business as NATIONAL DIRECT SALES & MARKETING; WAL-MART STORES, INC., a Corporation doing business as WAL-MART; and DOES 1 through 30, inclusive

Defendant(s)

CASE NUMBER: 8:18-cv-00011

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant, WAL-MART STORES, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BUY INSTA SLIM, INC. | Plaintiff |
| FAITH BUSINESS MANAGEMENT COMPANY, INC. | Defendant |
| WAL-MART STORES, INC. | Defendant |

January 5, 2018
Date

/s/ Robert J. Herrington
Signature
Robert J. Herrington, Greenberg Traurig, LLP
Attorney of record for (or name of party appearing in pro per):
Defendant, WAL-MART STORES, INC.