GREENBERG TAURIG, LLP
Robert J. Herrington (SBN 234417)
Email: herringtonr@gtlaw.com
Robert S. Freund (SBN 287566)
Email: freundr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800

Attorneys for Defendant,
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| BUY INSTA SLIM, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>FAITH BUSINESS MANAGEMENT COMPANY, INC., a Corporation doing business as NATIONAL DIRECT SALES & MARKETING; WAL-MART STORES, INC., a Corporation doing business as WAL-MART; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.  8:18-cv-00011<br><br>**FED. R. CIV. PROC. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WAL-MART STORES, INC.**<br><br>Action Filed:       December 5, 2017<br>Action Removed:  January 5, 2018 |

F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

OC 287760442v1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Wal-Mart Stores, Inc. certifies and states as follows: Defendant discloses that it is a publicly held company that has no parent corporation, and that no publicly held company owns 10% or more of its stock.

                                        Respectfully submitted,

DATED: January 5, 2018         GREENBERG TRAURIG, LLP

By */S/ Robert J. Herrington*
- Robert J. Herrington
Attorneys for Defendant WAL-MART STORES, INC.

F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT