GREENBERG TRAURIG LLP
Robert J. Herrington (SBN 234417)
Email: herringtonr@gtlaw.com
Radha D.S. Kulkarni (SBN 293996)
Email: kulkarnir@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800

Attorneys for Defendant,
WALMART INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| BUY INSTA SLIM, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>FAITH BUSINESS MANAGEMENT COMPANY, INC., a Corporation doing business as NATIONAL DIRECT SALES & MARKETING; WAL-MART STORES, INC., a Corporation doing business as WAL-MART; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.  8:18-cv-00011 AG (KESx)<br><br>**DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Hearing Date: March 25, 2019<br>Time:             10 a.m.<br>Room:           Courtroom 10D<br>Hon. Andrew J. Guilford<br><br>Action Filed:        December 5, 2017<br>Action Removed: January 5, 2018<br>SAC Filed:          June 22, 201 |

DECLARATION OF ROBERT J. HERRINGTON

ACTIVE 41638795v1

# DECLARATION OF ROBERT J. HERRINGTON

I, Robert J. Herrington, declare as follows:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Central District of California. I am a shareholder at the law firm Greenberg Traurig, LLP, attorneys for defendant Walmart Inc., formerly known as Wal-Mart Stores, Inc. ("Walmart" or "Defendant"). I make this declaration in support of Walmart's Motion for Summary Adjudication. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Second Amended Complaint (Dkt. No. 35.) in this action.

3. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts of the Rule 30(b)(6) Deposition of Insta Slim taken by Defendant Walmart on January 18, 2019.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendant Walmart's Answer to the second amended complaint (Dkt. 43).

5. Attached hereto as **Exhibit D** is a true and correct copy of InstaSlim 000140-141, which was produced by Plaintiff during discovery in this action.

6. Attached hereto as **Exhibit E** is a true and correct copy of InstaSlim 000228, which was produced by Plaintiff during discovery in this action.

7. Attached hereto as **Exhibit F** is a true and correct copy of InstaSlim 000441, which was produced by Plaintiff during discovery in this action.

8. Attached hereto as **Exhibit G** is a true and correct copy of Walmart_000500, which was produced by Defendant Walmart during discovery in this action.

ACTIVE 41638795v1

9. Attached hereto as **Exhibit H** is a true and correct copy of Instaslim 000577-580, which was produced by Plaintiff during discovery in this action.

10. Attached hereto as **Exhibit I** is a true and correct copy of Defendant Faith Business Management Company, Inc.'s ("Faith") Notice of Motion and Motion to Compel Arbitration (Dkt. 9 through 9-11).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February 2019, at Los Angeles, California.

/s/ Robert J. Herrington
Robert J. Herrington